IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT GILLIAM,

   Petitioner,

    v.

R A PURDUE
WARDEN

   Respondent.

CIVIL ACTION FILE
NO. 1:10-CV-2823-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending dismissing the action without prejudice for failure to exhaust administrative remedies and lack of ripeness. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 5 day of October, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Gilliam\r&r.wpd